UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

8:15 mc 96 T 36

2015 JUL -6  PM 12: 38

IN RE: USE OF ELECTRONIC EQUIPMENT
IN TAMPA COURTHOUSE
_____/

## ORDER

This cause is before the Court *sua sponte*. Upon consideration of a request to be allowed to carry electronic equipment into the Sam M. Gibbons U.S. Courthouse in Tampa, Florida, it is

**ORDERED** that the below-named individuals be permitted to enter the U.S. Courthouse Facilities in Tampa, Florida, with the listed equipment, and, further, are **granted permission** to use the equipment within those facilities, in accordance with the information below. The individuals must present valid picture identification, upon request, to the Court Security Officers assigned to this facility. At any time, the United States Marshals Service and/or the Court Security Officers assigned to this facility may revoke the permission granted within this order.

| | |
|---|---|
| NAMES: | Steve Thorburn, Thorburn Associates, Inc. |
| EQUIPMENT: | Motorola cell phone, Panasonic laptop, National Instruments USB Interface, miscellaneous cables, accelerometers & mounting systems. |
| DATE THAT EQUIPMENT MAY BE BROUGHT INTO THE FACILITY: | July 16, 2015 |
| PURPOSE FOR ALLOWING EQUIPMENT INTO FACILITY: | These items are needed to perform work associated with the 6th floor Vibrations Isolation Project in the Sam M. Gibbons U.S. Courthouse, Tampa, Florida |
| PLACES IN WHICH EQUIPMENT MAY BE USED: | Sam M. Gibbons U.S. Courthouse, Tampa, Florida |

**DONE and ORDERED** in Tampa, Florida, this 6th day of July, 2015.

Charlene E. Honeywell,
UNITED STATES DISTRICT JUDGE

Copies to:  Donald Exum, U. S. Marshals Service
Dominic Pafundi, GSA
Marsha Fox, U. S. District Court
Richard Hearne, GSA
James Yorkey Lead CSO